# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

No. 05-5395

September Term, 2005

05cv02002

In Re: Joel Hagen,

    Petitioner

Filed On: 
FILED OCT 27 2005
CLERK

### ORDER

Petitioner's recently filed notice of appeal has been transmitted to this court from the U.S. District Court for the District of Columbia. This notice of appeal is from an order of the district court transferring petitioner's civil action to another district court. The only proper means of contesting such a transfer is by the filing, in this court, of a petition for writ of mandamus. See D.C. Circuit Handbook of Practice and Internal Procedure 18 (2000). Accordingly, it is

**ORDERED** that petitioner's notice of appeal be filed herein as a petition for writ of mandamus. It is

**FURTHER ORDERED** that petitioner submit a memorandum of law and fact in support of the petition, not exceeding twenty (20) pages, by November 28, 2005. Petitioner's failure to submit the memorandum will result in dismissal of the petition. See D.C. Cir. Rule 38. It is

**FURTHER ORDERED** that petitioner either pay the $250.00 docketing fee or file a motion for leave to proceed in forma pauperis with **this court** by November 28, 2005.

The Clerk is directed to transmit a copy of this order to the district court, as a request to delay transfer of its case until disposition of the petition by this court, and to send a copy of this order to petitioner by whatever means necessary to ensure receipt.

FOR THE COURT:
Mark J. Langer, Clerk

BY: /s/ Elizabeth V. Scott
Elizabeth V. Scott
Deputy Clerk