# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 05-5395**  September Term, 2005

05cv02002

Filed On: MAR X 2 2006

In re: Joel Hagen,
       Petitioner

**BEFORE:** Ginsburg, Chief Judge, and Tatel and Garland, Circuit Judges

## ORDER

Upon consideration of the petition for writ of mandamus and the memorandum of law and fact in support thereof, the motion for leave to proceed in forma pauperis, and the motion for appointment of amicus curiae, it is

**ORDERED** that the motion for leave to proceed in forma pauperis be granted. It is

**FURTHER ORDERED** that the motion for appointment of amicus curiae be denied. It is

**FURTHER ORDERED** that the petition for writ of mandamus be denied. A writ of mandamus will issue to block a transfer only upon a showing that the district court grossly abused its discretion. See In re Tripati, 836 F.2d 1406, 1407 (D.C. Cir. 1988) (per curiam). "Petitioner's Application for Habeas Corpus Relief," which contests his sentence and asserts a claim of "actual innocence," falls within the scope of 28 U.S.C. § 2255 and, therefore, must be brought in the court that imposed the sentence. Accordingly, the district court did not abuse its discretion in transferring the case to the United States District Court for the Western District of Wisconsin.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published.

**Per Curiam**

A True copy:

United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk